# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY MORTENSEN, RICHARD CHABOT, | : | CIVIL ACTION NO. |
| JAMES CHIAPPONI, JR., DONALD MATTHEW | : | |
| SMITH, GEORGE W. HARGRAVES, ANDRE R. | : | |
| LAQUERRE, EDWARD CODY, JR., | : | 3:13-CV-00831 (MPS) |
| GREGORY S. HUDON, PHILIP R. BOTTOMLEY | : | |
| and STEVEN CHIAPPONI, Individually and on behalf of: | | |
| all other similarly situated individuals, | : | |
|     Plaintiffs, | : | |
| v. | : | |
| | : | |
| AHLSTROM NONWOVENS LLC | : | |
|     Defendant. | : | FEBRUARY __, 2014 |

### NOTICE OF PENDING OVERTIME WAGE LAWSUIT

**If you were a Production Supervisor employed by Ahlstrom Nonwovens LLC between June 11, 2010 and the present, please carefully read this notice.**

### A Collective Action Lawsuit May Affect Your Legal Rights

This is a Court Authorized Notice. This is not a solicitation from a lawyer. The purpose of this Notice is to inform you of the existence of a lawsuit in which you may be entitled to join, to advise you of how your rights may be affected by this lawsuit, if you choose to join it, and to instruct you on the procedure for participating in this lawsuit, if you should choose to do so. Although this Notice has been sent out under the authority of the United States District Court for the District of Connecticut, this Notice is not an expression by the Court of any opinion as to the merits of any claims or defenses asserted by any party to this lawsuit. The court has not ruled on the merits of the claim and once the evidence is presented either party may prevail. Joining the lawsuit does not guarantee recovery for the Plaintiffs. The authorization of this notice is not intended to encourage or discourage joining the lawsuit.

### Description Of The Lawsuit

On June 11, 2013, Jay Mortensen filed a lawsuit against Ahlstrom Nonwovens LLC ("Ahlstrom") in the federal district court for Connecticut on behalf of himself and other individuals who currently or formerly worked for Ahlstrom in the position of Production Supervisor.  <u>Mortensen v. Ahlstrom Nonwovens LLC, 3:13-CV-00831(MPS)</u>.  On October 11, 2013, the Complaint was amended to add another Plaintiff, Richard Chabot.  Subsequently, James Chiapponi, Jr., Donald Matthew Smith, George W. Hargraves, Andre R. Laquerre, Edward Cody, Jr., Gregory S. Hudon, Philip R. Bottomley and Steven Chiapponi also joined the lawsuit.  (Jay Mortensen, Richard Chabot, James Chiapponi, Jr., Donald Matthew Smith, George W. Hargraves, Andre R. Laquerre, Edward Cody, Jr., Gregory S. Hudon, Philip R. Bottomley and Steven Chiapponi are collectively referred to in this document as "the Named Plaintiffs.")  The Named Plaintiffs claim that they and all other Production Supervisors are entitled to overtime wages under federal law, but were not paid such overtime wages.   The lawsuit claims that Production Supervisors were misclassified as exempt from receiving overtime and seeks unpaid overtime wages, liquidated damages, interest, attorneys' fees and costs from Ahlstrom.

Ahlstrom denies any wrongdoing or liability with respect to the allegations of the Named Plaintiffs that they and other Production Supervisors were misclassified and asserts that its Production Supervisors were properly classified as exempt employees based on their compensation, their job duties and responsibilities.  As such, they are not owed any overtime pay.  Ahlstrom also asserts that the period covered by the lawsuit is not three years, but two.  Ahlstrom anticipates that it may seek to decertify any collective action at the close of discovery, as it has the right to do.  Ahlstrom is represented by Gary S. Starr and Peter J. Murphy, Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103

**IF YOU WISH TO BE INCLUDED, YOU MUST COMPLETE THE FORM AT THE END OF THIS NOTICE.**

### How To Join This Lawsuit

If you worked as a Production Supervisor for Ahlstrom at any time from June 11, 2010 to the present, worked more than forty (40) hours in at least one week during that period of time, and were not paid overtime compensation at a rate of one and one half times your regular rate of pay for all hours worked in excess of forty (40) in any week, you may join the lawsuit by completing, signing, and mailing the enclosed "Consent to Become Party Plaintiff" form to the attorneys for the Named Plaintiffs ("Plaintiffs' Counsel") in the enclosed, addressed, pre-paid envelope.  The Plaintiffs' Counsel is:

> Attorney William G. Madsen
> Attorney Todd D. Steigman
> Madsen, Prestley & Parenteau, LLC
> 402 Asylum Street
> Hartford, CT 06103

>Phone: (860) 246-2466
>Fax: (860) 246-1794
>E-mail:  wmadsen@mppjustice.com
>E-mail:  tsteigman@mppjustice.com
>www.mppjustice.com

The "Consent to Become Party Plaintiff" form must be returned to Plaintiffs' Counsel in sufficient time to allow Plaintiffs' Counsel to file it with the Court on or before [35 days after the Court's Order regarding this notice]. If you fail to return the "Consent to Become Party Plaintiff" form in time to have Plaintiffs' Counsel file it with the Court by [35 days after the Court's Order regarding this notice], you will not be able to participate in the lawsuit.

If you choose to join the lawsuit, you should not contact the attorneys representing Ahlstrom.

## If You Choose To Join This Lawsuit

If you return the "Consent to Become Party Plaintiff" form attached to this Notice, you are agreeing to designate the Named Plaintiffs as your agents to make decisions on your behalf concerning this lawsuit, the method and manner of conducting this lawsuit, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.  These decisions and agreements made and entered into by the Named Plaintiffs will be binding on you if you join this lawsuit.  You also will be bound by the decisions and rulings of the Court, whether they are favorable or unfavorable.

By joining this lawsuit, you designate the Named Plaintiffs as your representatives, to the fullest extent possible. You are authorizing the Named Plaintiffs to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Named Plaintiffs' counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit.

If you want the Plaintiffs' Counsel to represent you, you may contact them to understand your obligations as a client of the firm.  You also may ask the Plaintiffs' Counsel for a copy of their Retainer Agreement so that you fully understand the scope of your commitment in the litigation.

If you choose to join this lawsuit, you may be asked to produce documents, provide written information concerning your employment with Ahlstrom, answer interrogatories, respond to requests for admission of facts, attend and testify at a deposition, and attend and testify at settlement conferences, hearings or a trial.

Plaintiffs' Counsel, the attorneys representing the Named Plaintiffs, is being paid on a contingency fee basis. This means that if the class prevails in the lawsuit, the attorneys representing the class may request that the Court determine and approve an amount of attorneys' fees and costs for their services. This also means that if the class does not prevail, there will not be an award of attorneys' fees and costs.

### If You Choose Not To Join This Lawsuit

If you do not wish to join the lawsuit, simply do nothing. Do not return the "Consent to Become Party Plaintiff" form. If you choose not to join this lawsuit, you will not be affected by any decisions or rulings from the Court, whether favorable or unfavorable, with respect to the claims brought by the Named Plaintiffs. If you choose not to join in this lawsuit, you also are free to retain your own attorney and file your own lawsuit under the FLSA against Ahlstrom.

You should be aware that your federal wage and hour claims are limited by a statutory limitations period. Delay in joining this action or delay in proceeding separately may result in some or all of your claims expiring. If you proceed separately, you may have to pay your own lawyer.

### No Retaliation Against You Is Permitted

Federal law prohibits Ahlstrom or anyone acting on its behalf, from discharging you, discriminating against you, or retaliating against you, because you have decided to exercise your rights under the FLSA to join this lawsuit and ask for money damages.

### Your Legal Representatives If You Join

If you choose to join this lawsuit and agree to be represented by the Named Plaintiffs, through their attorneys, your counsel in this action will be:

William G. Madsen and Todd D. Steigman, Madsen, Prestley & Parenteau, LLC,
402 Asylum Street, Hartford, CT 06103.

**IF YOU WISH TO BE INCLUDED, YOU MUST COMPLETE THE FORM AT THE END OF THIS NOTICE AND RETURN IT TO PLAINTIFFS' COUNSEL SO THAT IT CAN BE FILED WITH THE COURT ON OR BEFORE [35 days after the Court's Order regarding this notice].**

### Further Information

Further information about this Notice, the deadline for filing a "Consent to Become Party Plaintiff," or questions concerning this lawsuit may be obtained by writing, phoning, or sending an e-mail to either of the Plaintiffs' Counsel listed above.

DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION ABOUT THIS NOTICE.

The reference to the claims and defenses in this Notice is only a summary. For complete details of this lawsuit, including the specific claims and defenses that have been asserted by the parties, you may desire to review the Court files. These pleadings and other papers filed in the lawsuit are public records, available for inspection at the offices of the Clerk, United States Courthouse, 450 Main Street, Hartford, CT, during normal business hours.

Dated: February __, 2014

/s/ William Madsen

/s/ Todd D. Steigman

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY MORTENSEN, RICHARD CHABOT, JAMES CHIAPPONI, JR., DONALD MATTHEW SMITH, GEORGE W. HARGRAVES, ANDRE R. LAQUERRE, EDWARD CODY, JR., GREGORY S. HUDON, PHILIP R. BOTTOMLEY and STEVEN CHIAPPONI, Individually and on behalf of all other similarly situated individuals, Plaintiffs, | : : : : : : : : : | CIVIL ACTION NO. 3:13-CV-00831 (MPS) |
| v. | : : | |
| AHLSTROM NONWOVENS LLC Defendant. | : : | February __, 2014 |

CONSENT TO JOIN ACTION AND
AUTHORIZATION TO REPRESENT

I, _____ , consent to be a party plaintiff in the above action pursuant to section 16(b) of the Fair Labor Standards Act.  I hereby authorize Attorneys William G. Madsen, and Todd D. Steigman, and the other lawyers of Madsen, Prestley & Parenteau, LLC, to act on my behalf in all matters relating to this lawsuit, including the settlement or other disposition of my claims.

I agree and understand that said attorneys shall file this Consent to Join Action and Authorization to Represent with the Court.

_____        _____
Signature                                                              Date

_____
Print Name


Address: _____

_____

Telephone No.: _____